THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY, CAMDEN DIVISION

IN RE:  CARMEN J. FRIEDMAN        :    Chapter:    13
                                  :    Bankruptcy No:   16-24814-JNP

## WITHDRAWAL OF CLAIM

Capital One, N.A., by and through its counsel, withdraws its Proof of Claim Number 4 filed on November 17, 2016, for account number 7427 and in the amount of $325.61.

Respectfully submitted,

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

DATE:    11/16/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY, CAMDEN DIVISION

IN RE:  CARMEN J. FRIEDMAN  :  Chapter:  13
: Bankruptcy No:  16-24814-JNP

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of November, 2017, a true and correct copy of the

Withdrawal of the Proof of Claim Number 4, filed by Capital One, N.A., was served via US First Class

Mail, postage pre-paid on the following parties:

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Shraddha Bharatia
Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

Copy of the above served to the following:

PERLMAN, LEE MARTIN, A
LEE M. PERLMAN
1926 GREENTREE ROAD
CHERRY HILL NJ 08003

ISABEL C. BALBOA, T
535 Route 38
Suite 580
Cherry Hill NJ 08002