# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: § 
§ CASE NO. 16-24814-JNP
§
CARMEN J. FRIEDMAN §
aka Carmen Bernier-Friedman §
    DEBTOR

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing LLC as servicing agent for ARCPE 1 LLC** | **FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC c/o Specialized Loan Servicing LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **Specialized Loan Servicing LLC**
    **8742 Lucent Blvd, Suite 300**
    **Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx9804**

Name and Address where transferee payments should be sent (if different from above):

    Specialized Loan Servicing LLC
    PO Box 636007
    Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx9804**

Court Claim # (if known): 3-1
Amount of Claim: $52,320.60
Date Claim Filed: 09/29/2016

Phone: (800) 315-4757
Last Four Digits of Acct.#: 9804

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mary D. Vitartas      Date: 05/25/2018
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

4126-N-0259

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor | Case No : 16-24814-JNP |
| In Re: | Chapter: 13 |
| Carmen J. Friedman | Adv. No.:_____ |
|  | Hearing Date: _____ at _____ |
|  | Judge: Jerrold N. Poslusny Jr. |
| Debtor. | |

**CERTIFICATION OF SERVICE**

1. I, <u>Mary D. Vitarta</u>s :

    ☑ represent the <u>Creditor</u> in this matter.

    ☐ am the secretary/paralegal for _____ who represents the

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>05/25/201</u>8 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

05/25/2018                                            /s/ Mary D. Vitartas
Date                                                         Signature

4126-N-0259

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |
| Carmen J. Friedman<br>13 Jefferson Ave<br>Marlton, NJ 08053-2912 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable *) |
| Lee Martin Perlman<br>Lee M. Perlman<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

4126-N-0259