Printed on: 02/12/2019
ISABEL C. BALBOA [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018
**Case Number: 16-24814 (JNP)**

Carmen J. Friedman
13 Jefferson Ave
Marlton, NJ  08053

Monthly Payment: $1,092.00
Payments / Month: 1
Current Trustee Comp.: 8.20%

#### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/09/2018 | $546.00 | 01/19/2018 | $546.00 | 02/07/2018 | $546.00 | 02/21/2018 | $546.00 |
| 03/06/2018 | $546.00 | 03/22/2018 | $546.00 | 04/03/2018 | $546.00 | 04/17/2018 | $546.00 |
| 05/08/2018 | $546.00 | 05/22/2018 | $546.00 | 06/05/2018 | $546.00 | 06/19/2018 | $546.00 |
| 07/03/2018 | $546.00 | 07/10/2018 | $1,092.00 | 08/29/2018 | $1,092.00 | 09/18/2018 | $546.00 |
| 10/05/2018 | $546.00 | 10/23/2018 | $546.00 | 11/06/2018 | $546.00 | 11/20/2018 | $546.00 |
| 12/06/2018 | $546.00 | 12/20/2018 | $546.00 | | | | |

#### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | CARMEN J. FRIEDMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $2,345.00 | $2,345.00 | $0.00 | $0.00 |
| 1 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CREDENCE RESOURCE MANAGEMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | DEBT RECOVERY SOLUTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ERC/ENHANCED RECOVERY CORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | NISSAN MOTOR ACCEPTANCE CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PLUESE, BECKER & SALTZMAN, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ROUNDPOINT MORTGAGE SERVICING | 24 | $10.00 | $4.30 | $5.70 | $2.40 |
| 9 | SPECIALIZED LOAN SERVICING, LLC | 24 | $52,320.60 | $22,509.23 | $29,811.37 | $12,574.13 |
| 10 | AMERICAN INFOSOURCE, LP | 33 | $442.81 | $0.00 | $442.81 | $0.00 |
| 11 | TNB-VISA (TV) / TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | VERIZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | VISA DEPT STORE NATIONAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | VERIZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2016 | 4.00 | $0.00 |
| 01/01/2017 | Paid to Date | $2,005.00 |
| 02/01/2017 | 55.00 | $1,092.00 |
| 09/01/2021 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $13,104.00 |
| Total paid to creditors this period: | $12,576.53 |
| Undistributed Funds on Hand: | $1,002.46 |
| Arrearages: | $1,237.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**