**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carmen J. Friedman<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0487<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–24814–JNP | |

# Order of Discharge                                                                                                           12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Carmen J. Friedman
   aka Carmen Bernier–Friedman

9/10/21                                           **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Carmen J. Friedman  
    Debtor

Case No. 16-24814-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Sep 10, 2021      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carmen J. Friedman, 13 Jefferson Ave, Marlton, NJ 08053-2912 |
| cr | + | BSI Financial Services Inc., 314 S. Franklin Street, Titusville, PA 16354-2168 |
| cr | + | Specialized Loan Servicing LLC, as servicer for FV, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 518396004 | + | BSI Financial Services, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 518396005 | + | BSI Financial Services, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038, BSI Financial Services c/o BSI Financial Services 75038-2480 |
| 516319690 | + | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Ste 113e, Syosset, NY 11791-4401 |
| 516419524 | + | FV-I, Inc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518927692 | + | Hasbani & Light P.C., Danielle P. Light, Esq., 450 Seventh Ave. Suite 1408, New York, New York 10123-1408 |
| 516319694 | + | Nissan Motor Acceptance Corp/Infinity Lt, 2901 Kinwest Pkwy, Irving, TX 75063-5816 |
| 516319695 | + | Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Ste 900, Mount Laurel, NJ 08054-4318 |
| 516988769 | | Round Point Mortgage Servicing Corporation, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 516524607 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 518917762 | + | Servis One, Inc. dba BSI Financial Services, c/o BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038-2480 |
| 518917763 | + | Servis One, Inc. dba BSI Financial Services, c/o BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038, Servis One, Inc. dba BSI Financial Servi c/o BSI Financial Services 75038-2480 |
| 517553463 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517553464 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 516319697 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 10 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 10 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516339224 | | EDI: AIS.COM | Sep 11 2021 00:28:00 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 516505216 | | EDI: BL-BECKET.COM | Sep 11 2021 00:28:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516319688 | + | EDI: COMCASTCBLCENT | Sep 11 2021 00:28:00 | Comcast, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2600 |
| 516319689 | + | Email/Text: bankruptcy@credencerm.com | Sep 10 2021 20:29:00 | Credence Resource Management, Po Box 2300, Southgate, MI 48195-4300 |
| 516319692 | + | Email/Text: bknotice@ercbpo.com | Sep 10 2021 20:29:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: 3180W | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 516319693 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Sep 10 2021 20:29:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516319698 | | EDI: AISTMBL.COM | | |
| | | | Sep 11 2021 00:28:00 | TMobile, PO Box 742596, Cincinnati, OH 45274 |
| 516319699 | + | EDI: WTRRNBANK.COM | | |
| | | | Sep 11 2021 00:28:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 516319700 | + | EDI: VERIZONCOMB.COM | | |
| | | | Sep 11 2021 00:28:00 | Verizon, 500 Technology Dr Ste 30, Saint Charles, MO 63304-2225 |
| 516319702 | + | EDI: CITICORP.COM | | |
| | | | Sep 11 2021 00:28:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 516333154 | | EDI: WFFC.COM | | |
| | | | Sep 11 2021 00:28:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 516319703 | + | EDI: WFFC.COM | | |
| | | | Sep 11 2021 00:28:00 | Wells Fargo Dealer Services, Po Box 3569, Rancho Cucamonga, CA 91729-3569 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516319691 | *+ | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Ste 113e, Syosset, NY 11791-4401 |
| 516319701 | *+ | Verizon, 500 Technology Dr Ste 30, Saint Charles, MO 63304-2225 |
| 516319696 | ##+ | Roundpoint Mtg, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Danielle Paula Light | on behalf of Creditor BSI Financial Services Inc. dlight@hasbanilight.com |
| Denise E. Carlon | on behalf of Creditor Round Point Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Specialized Loan Servicing LLC  as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Isabel C. Balboa | on behalf of Creditor BSI Financial Services Inc. ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 10, 2021 | Form ID: 3180W | Total Noticed: 31 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor Round Point Mortgage Servicing Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Lee Martin Perlman
    on behalf of Debtor Carmen J. Friedman ecf@newjerseybankruptcy.com
    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Sherri Jennifer Smith
    on behalf of Creditor BSI Financial Services Inc. ssmith@pincuslaw.com  brausch@pincuslaw.com

TOTAL: 9